IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> RANBAXY PHARMACEUTICALS, INC <br> and RANBAXY INC. <br><br> Defendants. | Civil Action No. 08- |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited, (collectively referred to as "Pfizer") respectfully submits the following corporate disclosure statement.

1. Pfizer Inc is a publicly held corporation. No publicly held company owns 10% or more of the stock of Pfizer Inc.

2. Pfizer Ireland Pharmaceuticals is a wholly owned, indirect subsidiary of Pfizer Inc.

3. Warner-Lambert Company, LLC is a wholly owned subsidiary of Pfizer Inc.

4. Warner-Lambert Company and Warner-Lambert Export Limited, are the former names of Warner-Lambert Company LLC and Pfizer Ireland Pharmaceuticals, respectively.

                        RESPECTFULLY SUBMITTED,

/s/Rudolf E. Hutz
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiffs-*
*Pfizer Inc, Pfizer Ireland Pharmaceuticals,*
*Warner-Lambert Company*
*Warner-Lambert Company, LLC and*
*Warner Lambert Export Ltd.*

Dated: March 24, 2008