IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD.<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 08-162-JJF<br>)<br>)<br>)<br>)<br>) **REDACTED VERSION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JAY R. DESHMUKH, ESQ., IN SUPPORT OF
RANBAXY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

*Of Counsel*
Darrell L. Olson
Douglas G. Muehlhauser
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

DATED: April 24, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants
Ranbaxy Laboratories Limited,
Ranbaxy Pharmaceuticals Inc
and Ranbaxy Inc*

I, Jay R. Deshmukh, Esq., declare as follows:

1. I am currently Senior Vice President, Global Intellectual Property, for Ranbaxy Laboratories Limited ("Ranbaxy"). I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. Ranbaxy filed Abbreviated New Drug Application ("ANDA") Nos. 76-477 and 78-747 seeking approval to market generic versions of the drug products Lipitor® and Caduet®, respectively. The drug products of Ranbaxy ANDA Nos. 76-477 and 78-747 both contain atorvastatin calcium

REDACTED

3.




REDACTED

4

REDACTED

5

REDACTED

RLF1-3276109-1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed this 23rd day of April, 2008, in Princeton, New Jersey

_____
Jay R. Deshmukh, Esq

5188028
042308

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

**HAND DELIVERY**

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com