## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC, PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  08-162 (JJF) |
| RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Mary W. Bourke of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of Plaintiffs.

CONNOLLY BOVE LODGE & HUTZ LLP

 _/s/  Jeffrey B. Bove_____

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Email: jbove@cblh.com
Mary W. Bourke (#2356)
Email: mbourke@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs*

DATED:  May 16, 2008

611833_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a true copy of the foregoing *Plaintiffs'*

*NOTICE OF ENTRY OF APPEARANCE* was hand delivered to the following persons

and was electronically filed with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following and the document is available for viewing and

downloading from CM/ECF:

>  Frederick L. Cottrell, III
>  Richards, Layton & Finger, P.A.
>  One Rodney Square
>  Wilmington, DE  19801

I hereby certify that on May 16, 2008, I have sent by U.S. Mail the foregoing

documents to the following non-registered participants:

>  William R. Zimmerman
>  Payson LeMeilleur
>  Knobbe, Martens, Olson & Bear, LLP
>  2040 Main Street, 14th Floor
>  Irvine, CA  92614

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141

3