## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC,                                      )
PFIZER IRELAND PHARMACEUTICALS,                  )
WARNER-LAMBERT COMPANY,                          )
WARNER-LAMBERT COMPANY, LLC                      )
and                                              )
WARNER-LAMBERT EXPORT, LTD.                      )
                                                 )
Plaintiffs,                                      )
                                                 )
        v.                                       )    Civil Action No.  1:08-cv-00162
                                                 )
RANBAXY LABORATORIES                             )
LIMITED,                                         )
RANBAXY PHARMACEUTICALS, INC                     )
and RANBAXY INC.                                 )
                                                 )
Defendants.                                      )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Plaintiffs' First Set of

Interrogatories to Ranbaxy were served on May 22, 2008 upon counsel of record as follows:


**BY ELECTRONIC MAIL**                  **BY ELECTRONIC MAIL**
Frederick L. Cottrell, III              William R. Zimmerman
Richards, Layton & Finger, P.A.         Payson LeMeilleur
One Rodney Square                       Knobbe, Martens, Olson & Bear, LLP
Wilmington, DE  19801                   2040 Main Street, 14th Floor
Cottrell@rlf.com                        Irvine, CA  92614
                                        wzimmerman@kmob.com

Respectfully Submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/  *Jeffrey B. Bove*
    Rudolf E. Hutz (#484)
    Jeffrey B. Bove (#998)
    Mary W. Bourke (#2356)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19899
    (302) 658-9141
    Attorneys for Plaintiffs

Dated:  May 22, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, do hereby declare that on May 22, 2008, I caused a copy of plaintiffs'

**NOTICE OF SERVICE** to be delivered to the following attorneys of record in the manner

indicated:

**BY ELECTRONIC MAIL**
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Cottrell@rlf.com

**BY ELECTRONIC MAIL**
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
wzimmerman@kmob.com

/s/  *Jeffrey B. Bove*
Jeffrey B. Bove (No. 484)

-3-