IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 08-162-JJF |
| RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC., | : : : : | |
| Defendants. | : : | |
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 08-164-JJF |
| RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC. and RANBAXY INC., | : : : : | |
| Defendants. | : : | |

**ORDER**

WHEREAS, the parties have proposed a Stipulated Briefing Schedule (D.I. 14) on Ranbaxy's Motion to Dismiss Pfizer's Complaint filed on April 14, 2008 (D.I. 6);

WHEREAS, the Stipulation also indicates that resolution of Ranbaxy's Motion to Dismiss Pfizer's Complaint requires jurisdictional discovery to occur over the next two months;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. For administrative purposes, Ranbaxy's Motion to Dismiss Pfizer's Complaint (D.I. 6) is **DENIED with leave to renew** following the completion of jurisdictional discovery on July 21, 2008.

2. Upon renewal of Ranbaxy's Motion to Dismiss Pfizer's Complaint (D.I. 6), the briefing schedule will be as provided by the parties in their Stipulated Briefing Schedule: Pfizer's Answering Brief in Opposition to Ranbaxy's Motion shall be filed by **August 8, 2008**, and Ranbaxy's Reply Brief shall be filed by **August 22, 2008**. However, should Ranbaxy assert the need for limited discovery of Pfizer on the issue of subject matter jurisdiction based on issues raised in Pfizer's Brief in Opposition, the parties will work to agree on a schedule for such discovery and a revised schedule for Ranbaxy's Reply Brief.

May 28, 2008
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE