IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pfizer Inc.,<br>Pfizer Ireland Pharmaceuticals,<br>Warner-Lambert Company,<br>Warner-Lambert Company LLC and<br>Warner-Lambert Export Limited,<br><br>    Plaintiffs/Counterclaim-Defendants<br><br>    v.<br><br>Ranbaxy Laboratories Limited<br>Ranbaxy Pharmaceuticals, Inc. and<br>Ranbaxy, Inc,<br><br>    Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-cv-162-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER AND STIPULATED INJUNCTION**

WHEREAS, plaintiffs/counterclaim defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited ("Pfizer") own U.S. patents covering the manufacture, sale and use of products containing atorvastatin and amlodipine, and any pharmaceutically acceptable salts thereof, including without limitation U.S. patents 6,087,511 and 6,274,740 (collectively, "Process Patents");

WHEREAS, defendant/counterclaim plaintiff Ranbaxy Laboratories Limited and Ranbaxy, Inc. ("Ranbaxy") has submitted to the U.S. Food and Drug Administration Abbreviated New Drug Application No. 78-747 ("Ranbaxy ANDA") for approval to

market and sell a generic product containing atorvastatin calcium and amlodipine besylate;

WHEREAS, Pfizer and Ranbaxy are parties to litigation relating to the Ranbaxy ANDA and Process Patents, and Ranbaxy desires to sell a generic product containing atorvastatin calcium and amlodipine besylate under the Ranbaxy ANDA free from claims of infringement by Pfizer under the Process Patents;

WHEREAS, Pfizer and Ranbaxy have entered into a Settlement and License Agreement, dated as of June 17, 2008 ("Settlement Agreement"), pursuant to which the parties have resolved this action and Pfizer has granted Ranbaxy certain rights to its portfolio of patents relating to atorvastatin;

NOW THEREFORE, Pfizer and Ranbaxy stipulate that:

1. Ranbaxy, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Ranbaxy are enjoined until November 30, 2011 from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any product comprising the chemical compounds atorvastatin calcium and amlodipine besylate.  This injunction shall terminate automatically upon the U.S. Generic Lipitor Commencement Date as defined in the Settlement Agreement.

2. The Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding this Consent Order and Stipulated Injunction.

3. All claims and counterclaims are dismissed with prejudice, and each Party shall bear its own costs, expenses and attorneys' fees in connection with this action.

4. The parties waive any right of appeal from this Order.

5. The Court reserves jurisdiction over this Consent Order in the event of any dispute concerning it.

Dated:  June 18, 2008

By:  */s/  Rudolf E. Hutz*

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs*

Dated: June 18, 2008

By: */s/   Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Email: cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
*Attorneys for Defendants*

Of Counsel:
Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
*Attorneys for Defendants*

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

3